**EXHIBIT E**

**EXEMPLARY INFRINGEMENT CHART OF U.S. PATENT NO. 10,841,248**

Accused Products: all Google Pixel smartphone devices with the Android Auto Auto-reply feature which operate in an identical manner in terms of infringement. As such, this Chart uses a Google Pixel 4 as an exemplary Accused Product.

| Claim Language | Exemplary Infringement Evidence |
|---|---|
| **Claim 16** ||
| [16 Preamble] A handheld computerized device, comprising: | To the extent the preamble is limiting, the Accused Products are handheld computerized devices, *i.e.*, Google Pixel smartphones.  |

| [16A] at least one processor, handheld computerized device memory, at least one wireless cellular network transceiver, and reply software; | The Accused Products comprise at least one processor, handheld computerized device memory, at least one wireless cellular network transceiver, and reply software. For example, the Pixel 15 comprises a processor (Qualcomm SM8150 Snapdragon 855), handheld computerized device memory (internal 64GB/128GB 6GB RAM), a wireless cellular network transceiver (Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, DLNA), and reply software (Android Auto with Auto-Reply). |
|---|---|

| PLATFORM | OS | Android 10, upgradable to Android 13 |
|---|---|---|
| | Chipset | Qualcomm SM8150 Snapdragon 855 (7 nm) |
| | CPU | Octa-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) |
| | GPU | Adreno 640 |
| MEMORY | Card slot | No |
| | Internal | 64GB 6GB RAM, 128GB 6GB RAM |
| | | UFS 2.1 |
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, DLNA |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |
| NETWORK | Technology | GSM / CDMA / HSPA / EVDO / LTE     COLLAPSE ▲ |
| | 2G bands | GSM 850 / 900 / 1800 / 1900 |
| | | CDMA 800 / 1900 |
| | 3G bands | HSDPA 850 / 900 / 1700(AWS) / 1900 / 2100 |
| | | CDMA2000 1xEV-DO |
| | 4G bands | 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 20, 25, 26, 28, 32, 38, 39, 40, 41, 66, 71 - Global |
| | | 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 38, 39, 40, 41, 46, 48, 66, 71 - USA |
| | Speed | HSPA 42.2/5.76 Mbps, LTE (5CA) Cat18 1200/150 Mbps |



| | |
|---|---|
| [16B] said handheld computerized device configured to individually identify at least one peripheral device having a peripheral device identification code as a result of determining a status of said at least one peripheral device connection to said handheld computerized device; | The Accused Products are configured to individually identify at least one peripheral device having a peripheral device identification code as a result of determining a status of said at least one peripheral device connection to said handheld computerized device. For example, the Pixel 4 can auto-launch Android Auto when connected to a car's Bluetooth which shows that the Pixel can identify a car Bluetooth connection from other Bluetooth connections by using the car's identification profile. That is, the Pixel identifies connection/identifier attributes to recognize a vehicle associated Bluetooth device as compared to a non-vehicle associated Bluetooth device.<br><br> |



https://standards.ieee.org/ieee/802.15.1/3513/

| | |
|---|---|
| [16C] said reply software, and said at least one processor configured to assign at least one peripheral device linked automatic reply to at least one peripheral device identification code, and store said at least one peripheral device linked automatic reply in said handheld computerized device memory; | The reply software and at least one processor of the Accused Products are configured to assign at least one peripheral device linked automatic reply to at least one peripheral device identification code, and store said at least one peripheral device linked automatic reply in said handheld computerized device memory. For example, Android Auto is configured to assign an automatic reply message (Auto-Reply) linked to a car Bluetooth to the car Bluetooth identification code. The auto-reply message is stored on the Pixel memory.<br><br> |

| | |
|---|---|
| [16D] said handheld computerized device and said reply software configured so that when said at least one peripheral device is connected to said handheld computerized device, said reply software determines said at least one peripheral device identification code, said peripheral device's identification code not being a telephone number, and uses said at least one peripheral device identification code to select and retrieve at least one peripheral linked automatic reply from said at least one peripheral device linked automatic replies from said handheld computerized device memory; and | The Accused Products with Android Auto are configured so that when said at least one peripheral device is connected to said handheld computerized device, said reply software determines said at least one peripheral device identification code, said peripheral device's identification code not being a telephone number, and uses said at least one peripheral device identification code to select and retrieve at least one peripheral linked automatic reply from said at least one peripheral device linked automatic replies from said handheld computerized device memory. For example, while the car Bluetooth is connected to the Pixel via Bluetooth, Android Auto determines the car Bluetooth identification code, which is not a telephone number, and uses the identification code to select and retrieve the linked Auto-Reply message from the Pixel memory.<br><br> |

| | |
|---|---|
| [16E] said handheld computerized device and said reply software are configured to use an automatically selected and retrieved at least one peripheral connection linked automatic reply to respond to an incoming message obtained from said at least one wireless cellular network transceiver; and wherein said peripheral device is different from a device transmitting said incoming message. | The Accused Products with Android Auto are configured to use an automatically selected and retrieved at least one peripheral connection linked automatic reply to respond to an incoming message obtained from said at least one wireless cellular network transceiver; and wherein said peripheral device is different from a device transmitting said incoming message. For example, while the car Bluetooth is connected to the Pixel, Android Auto will use the user's saved Auto-Reply message to automatically respond to incoming text messages sent to the Pixel from another phone. The car is not the device sending the text message.<br><br> |