**EXHIBIT F**

**EXEMPLARY INFRINGEMENT CHART OF U.S. PATENT NO. 11,516,643**

Accused Products: all Google Pixel smartphone devices with the Android Auto Auto-reply feature which operate in an identical manner in terms of infringement.  As such, this Chart uses the a Google Pixel 4 as an exemplary Accused Product.

| Claim Language | Exemplary Infringement Evidence |
|---|---|
| **Claim 1** | |
| [1    Preamble]    A handheld computerized device, comprising: | To the extent the preamble is limiting, the Accused Products are handheld computerized devices, *i.e.*, Google Pixel smartphone devices.  |

| | |
|---|---|
| [1A] at least one of each of a processor, memory, wireless cellular network transceiver, Bluetooth transceiver, and reply software; | The Accused Products comprise at least of each of a processor, memory, wireless cellular network transceiver, Bluetooth transceiver, and reply software. For example, the Google Pixel comprises a processor (Qualcomm SM8150 Snapdragon 855), memory (internal 64GB/128GB 6GB RAM), a wireless cellular network transceiver (Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, DLNA), a Bluetooth transceiver (5.0, A2DP, LE, aptX HD), and reply software (Android Auto with Auto-Reply). |

| PLATFORM | OS | Android 10, upgradable to Android 13 |
|---|---|---|
| | Chipset | Qualcomm SM8150 Snapdragon 855 (7 nm) |
| | CPU | Octa-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) |
| | GPU | Adreno 640 |
| MEMORY | Card slot | No |
| | Internal | 64GB 6GB RAM, 128GB 6GB RAM |
| | | UFS 2.1 |
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, DLNA |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, BDS, GALILEO |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |
| NETWORK | Technology | GSM / CDMA / HSPA / EVDO / LTE    COLLAPSE ▲ |
| | 2G bands | GSM 850 / 900 / 1800 / 1900 |
| | | CDMA 800 / 1900 |
| | 3G bands | HSDPA 850 / 900 / 1700(AWS) / 1900 / 2100 |
| | | CDMA2000 1xEV-DO |
| | 4G bands | 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 20, 25, 26, 28, 32, 38, 39, 40, 41, 66, 71 - Global |
| | | 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 38, 39, 40, 41, 46, 48, 66, 71 - USA |
| | Speed | HSPA 42.2/5.76 Mbps, LTE (5CA) Cat18 1200/150 Mbps |



| | |
|---|---|
| [1B] said handheld computerized device configured to wirelessly receive an IEEE 802.15 standard Bluetooth peripheral device identification code from a Bluetooth peripheral device wirelessly connected to said handheld computerized device; | The Accused Products are configured to wirelessly receive an IEEE 802.15 standard Bluetooth peripheral device identification code from a Bluetooth peripheral device wirelessly connected to said handheld computerized device. For example, the Accused Products support Bluetooth (802.15.1 family). In Bluetooth, peripherals expose identifiers (e.g., device address/UUID). Google Pixel Bluetooth exposes a peripheral "identifier" (UUID) for connected peripherals, reflecting receipt of a peripheral identification value when connected. For example, the Pixel receives a Bluetooth peripheral device identification code from a Bluetooth vehicle wirelessly connected to the Pixel.<br><br><br><br>https://standards.ieee.org/ieee/802.15.1/3513/ |

| | |
|---|---|
| [1C] said handheld computerized device configured to analyze said IEEE 802.15 standard Bluetooth peripheral device identification code to determine that said Bluetooth peripheral device is a vehicle associated Bluetooth peripheral device; | The Accused Products are configured to analyze said IEEE 802.15 standard Bluetooth peripheral device identification code to determine that said Bluetooth peripheral device is a vehicle associated Bluetooth peripheral device. For example, the Pixel 4 can auto-launch Android Auto when connected to a car's Bluetooth, which shows that the Pixel distinguishes a car Bluetooth connection from other Bluetooth connections by using the car's identification profile. That is, the Pixel analyzes connection/identifier attributes to recognize a vehicle associated Bluetooth device as compared to a non-vehicle associated Bluetooth device.<br><br><br><br>https://standards.ieee.org/ieee/802.15.1/3513/ |

| | |
|---|---|
| [1D] said handheld computerized device including at least one automatic reply message stored in said memory; | The Accused Products include at least one automatic reply message stored in said memory. For example, the Pixel via Android Auto can turn on the Auto-Reply feature that included at least one automatic reply message, such as "I'd Driving at the Moment," that is stored in the local Pixel memory.<br><br> |

| | |
|---|---|
| [1E] said handheld computerized device and said reply software configured so that, while said vehicle associated Bluetooth peripheral device is connected to said handheld computerized device, said reply software will respond to at least one type of incoming cellular network message by sending an automatic reply message retrieved from said memory. | The Accused Products with Android Auto are configured so that while said vehicle associated Bluetooth peripheral device is connected to said handheld computerized device, said reply software will respond to at least one type of incoming cellular network message by sending an automatic reply message retrieved from said memory. For example, while the car Bluetooth is connected to the Pixel, Android Auto will respond to incoming text messages by sending the user's saved Auto-Reply message.<br><br> |